UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Latreka Jones,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Capella University, et al.,<br><br>　　　　　　　Defendants. | Case No. 19-cv-02521 (DSD/KMM)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Mary M. Nikolai, shall appear as counsel of record for Plaintiff Latreka Jones in this case.

Dated:  September 21, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 s/Mary M. Nikolai
　　　　　　　　　　　　　　　　　　　Daniel E. Gustafson (#202241)
　　　　　　　　　　　　　　　　　　　David A. Goodwin (#386715)
　　　　　　　　　　　　　　　　　　　Mary M Nikolai (#0400354)
　　　　　　　　　　　　　　　　　　　**GUSTAFSON GLUEK PLLC**
　　　　　　　　　　　　　　　　　　　Canadian Pacific Plaza
　　　　　　　　　　　　　　　　　　　120 South 6th Street, Suite 2600
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　Telephone: (612) 333-8844
　　　　　　　　　　　　　　　　　　　Facsimile: (612) 339-6622
　　　　　　　　　　　　　　　　　　　dgustafson@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　dgoodwin@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　mnikolai@gustafsongluek.com

　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiffs***