# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Latreka Jones,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Capella University, et al.,<br><br>　　　　　　　Defendants. | Case No. 19-cv-02521 (DSD/KMM)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that David A. Goodwin, shall appear as counsel of record for Plaintiff Latreka Jones in this case.

Dated:  September 21, 2020

Respectfully submitted,

　s/David A. Goodwin
Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Mary M Nikolai (#0400354)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com

***Attorneys for Plaintiffs***