## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LaTreka Jones,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Capella University, et al.,<br><br>　　　　　Defendants. | Court File No. 19-CV-2521 (DSD/KMM)<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF BRIEFING DEADLINES** |

TO: PLAINTIFF LaTreka Jones, and her counsel, Daniel E. Gustafson, David A. Goodwin, and Mary M. Nikolai, Gustafson Gluek PLLC, Canadian Pacific Plaza, 120 South Sixth Street, Suite 2500, Minneapolis, Minnesota 55402

Defendant Capella University respectfully requests a seven-day extension to the deadline to respond to Plaintiff LaTreka Jones's Memorandum of Law in Support of Motion to Amend Complaint. (Doc. 56.) In support of this Motion, Defendant states as follows:

1. During the hearing on Defendant's Motion to Dismiss on October 6, 2020, the Court granted Plaintiff leave to file a second Motion to Amend by October 20, 2020.

2. In granting the motion, the Court stated that Defendant's response would be due by October 27, 2020, but that Defendant could request an extension after receiving Plaintiff's proposed amended complaint and memorandum.

3. On October 20, 2020, Plaintiff served her Memorandum and Proposed Second Amended Complaint, which contains entirely new factual allegations and three new causes of action that were not included in either the original complaint or previous amended complaint.

WHEREFORE, Defendant respectfully requests a seven-day extension—to November 3, 2020—to file and serve its responsive memorandum.

|  |  |
|---|---|
|  | **LATHROP GPM LLP** |
| Dated: October 23, 2020 | By: s/ Neil S. Goldsmith<br>Kathryn M. Nash (#0312496)<br>Kathryn.Nash@lathropgpm.com<br>Neil S. Goldsmith (#391906)<br>Neil.Goldsmith@lathropgpm.com<br>Kathryn A. Fodness<br>Katy.Fodness@lathropgpm.com |
|  | 500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 632-3000 |
|  | **ATTORNEYS FOR DEFENDANTS CAPELLA UNIVERSITY, JULIE JOHNSON, SHANNON STORDAHL, JOE RENNIE, AND JENNIFER RAYMER** |

GP:4843-3718-2671 v1