# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

vs. LaTreka Jones

Case No. 0:19-CV-02521-DSD-KMM

Defendant(s).

Capella University
Julie Johnson
Shannon Stordahl
Joe Rennie
Jennifer Raymer

**RECEIVED**
DEC 21 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that the following parties (provide the names of all parties who are filing an appeal):

LaTreka Jones

in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit. The above-named parties appeal from the   Order   (indicate whether the appeal is from a *judgment* or an *order* of the District Court) of the U.S. District Court for the District of Minnesota that was entered on November 23, 2020 (date judgment or order was entered) that:



SCANNED
DEC 22 2020
U.S. DISTRICT COURT MPLS

(If the appeal is from an *order*, provide brief explanation, below, of the District Court's decision in the order. If you are appealing only a portion of the judgment or order, indicate below which part of the judgment or order you are appealing). This is a brief explanation of the District Court decision in the order. The motion to ammend the complaint is denied ;(ECF No. 55) It includes the motion to dismiss (dismiss) (ECF No. 12) is granted; and this case is dismissed with → Prejudice. Than it says, Let Judgment be entered accordingly.

Signed this _____ day of December 18, 2020

Signature of Party  Latreka Jones

Mailing Address

P.O Box 24424
Fort Worth Texas
76124

Telephone Number

817-933-5687

<u>Note</u>: All parties filing the appeal must date and sign the Notice of Appeal and provide his/her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his/her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.



SCANNED
DEC 22 2020
U.S. DISTRICT COURT MPLS